Dudley MILAM, Jr., on behalf of my wife, Ola M. Milam, Plaintiff–Appellant,

v.

CITY OF DANVILLE, VIRGINIA, by and through its Division of Social Services; Betty T. Rogers, Supervisor of Adult Services; Jerrell Tommy Spencer, Adult Services; Dale M. Wiley, Attorney and guardian of Ola M. Milam, Defendants–Appellees.

No. 00–2573.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Dudley Milam, Jr., pro se.

Jeremy E. Carroll, Daniel, Vaughan, Medley & Smitherman, P.C., Danville, VA; Carlene Booth Johnson, Perry & Windels, Dillwyn, VA, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Dudley Milam, Jr. appeals the district court's order denying relief on his civil action as barred by the applicable statute of limitations. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Milam v. City of Danville,* No. CA–00–56–4 (W.D.Va. Nov. 29, 2000). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*